Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Defendants
TS EXPRESS, INC. and
DAVID THROND

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY ROBERTS, an individual,<br>Plaintiffs,<br><br>v.<br><br>DAVID THROND, an individual; T.S. EXPRESS, INC., a foreign corporation; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br>Defendants. | CASE NO.: 2:18-cv-00519-GMN-GWF<br><br>DEPARTMENT<br><br>**AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

The above-named parties, by and through their respective counsel of record, hereby submit their Amended Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1 for the Court's approval.

**1. Meeting.**

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, a telephonic meeting was held on May 3, 2018, and was attended by: Jill P. Northway, Esq., counsel for the Defendants and Graham A. Galloway, Esq. counsel for Plaintiff.

**2. Initial Disclosures.**

The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **May 17, 2018**, which is 14-days after the Rule 26(f) conference.

///

3. **Discovery Plan.**

The parties jointly propose to the Court the following discovery plan:

**Subject of Discovery.** Discovery will be needed on all issues raised in Plaintiff's Complaint. Further, discovery will be needed on all of Defendants' affirmative defenses.

**Should discovery be phased, limited or focused:** Not at this time, but each party reserves the right to file a motion with the Court on this issue at any time.

**Disclosure of electronically-stored information ("ESI"):** All disclosures and/or production of documents will be served by the parties electronically and in .pdf format.

4. **Discovery Cut-Off Date:**

As required by LR26-1(b)(1) Defendants filed their Answer to Plaintiff's Complaint on March 27, 2018. Defendants' filed their Petition for Removal on March 21, 2018. (ECF No. 1) Pursuant to this Court's Order the Discovery Plan/Scheduling Order is due on or before May 11, 2018. (ECF No. 7) The number of days required for discovery is 180 days. Accordingly, Discovery is proposed to close on **February 7, 2019**, which is 180 days after the deadline to file the Discovery Plan/Scheduling Order.

5. **Amending the Pleadings and Adding Parties.**

The parties shall have until **November 9, 2018**, to amend the pleadings or add additional parties. This is ninety (90) days prior to the close of discovery.

6. **Fed. R. Civ. P. 26(b)(3) Disclosure (Experts).**

Disclosures identifying experts shall be made by **December 24, 2018**. This is sixty-days prior to the discovery cut off. Disclosures identifying rebuttal experts shall be made by **January 24, 2019**. This is thirty-days after the initial disclosure of experts.

7. **Dispositive Motions.**

The parties shall have up until **March 7, 2019**, to file dispositive motions. This is thirty-days after the close of discovery.

8. **Pretrial Order.**

The Joint Pretrial Order shall be filed no later than **April 7, 2019**. This is thirty-days after the date set for filing of dispositive motions. In the event that dispositive motion are filed,

the date for filing the Joint Pretrial Order shall be suspended until thirty-days after decision on the dispositive motion or by further order of the Court.

**9. Stipulations Regarding Limitations or Conditions or Additional Discovery.**

The parties will proceed to engage in and supplement all discovery as permitted under the Federal Rules of Civil Procedure and Local Court Rules of the District of Nevada, including, but not limited to depositions, written discovery and expert disclosures.

**10. Interim Status Report.**

On or before **December 24, 2018**, the parties shall file an Interim Status Report, as required by LR-26-3, stating the time estimated for trial, three alternative available dates for trial and whether or not trial will be proceeding or affected by substantive motions.

**11. Later Appearing Parties.**

A copy of this discovery plan and scheduling order shall be served on any person after it is entered, or, if additional Defendants shall appear, within five (5) days of their first appearance. The discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

**12. Extension or Modification of the Discovery Plan and Scheduling Order.**

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court twenty-days (20) before the date fixed for completion of discovery, or within twenty-days (20) days before the expiration of any extension thereof that may have been approved by the Court.

**13. Alternative Dispute Resolution/Mediation.**

The parties hereby reserve the right use alternative dispute resolution (ADR) processes and will advise the Court accordingly if the matter resolves via ADR.

/ / /

/ / /

/ / /

14. **Alternative Forms of Case Disposition.**

The undersigned parties certify that they have considered but have not consented to trial by a magistrate judge under 28 U.S.C. §63(c) and Fed. R. Civ. P. 73.

DATED: 8/27/18

GALLOWAY & JENSEN

/s/ Graham Galloway, Esq.
Graham Galloway, Esq. (Bar #221)
GALLOWAY & JENSEN
222 California Avenue
Reno, NV 89509
Attorneys for Plaintiff
HOLLY ROBERTS

DATED: 8-27-18

BROWN, BONN & FRIEDMAN, LLP

Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for Defendants
T.S. EXPRESS, INC.; and
DAVID THROND

### ORDER

**IT IS SO ORDERED.**

DATED: 8/29/2018

_____
UNITED STATES MAGISTRATE JUDGE