Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Defendants
T.S. EXPRESS, INC. and
DAVID THROND

UNITED STATES DISTRICT COURT

DISTRICT OF, NEVADA

| | |
|---|---|
| HOLLY ROBERTS, an individual,<br>　　　　Plaintiffs,<br><br>v.<br><br>DAVID THROND, an individual; T.S. EXPRESS, INC., a foreign corporation; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br>　　　　Defendants. | CASE NO.: 2:18-cv-00519-GMN-GWF<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Holly Roberts (herein after Plaintiff) and Defendants David Thrond and T.S. Express, Inc. (hereinafter Defendants) by and through their respective counsel, hereby jointly request that the Court continue the scheduling order's discovery deadlines ninety-days to allow the parties additional time to work towards settlement in this matter. There is currently pending before this court a motion to consolidate this action with a related action that is pending in United States District Court, District of Nevada entitled *Ruben Robledo-Olvera, et. al. v. Thrond, et.al.*, case no. 2:18-cv-01032-GMN-NJK (ECF 18). The parties in both cases have agreed to mediate their claims in an attempt to resolve these matters without incurring additional costs. The mediation is currently scheduled for February 21, 2019.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   Case History and Current Scheduling Order

This is a personal injury action arising from a multi vehicle accident. Plaintiff's Complaint was filed on February 9, 2018, in the Eighth Judicial District Court Clark County Nevada under case no.: A-18-769270-C. Defendants' filed their Notice of Removal on March 26, 2018. Defendants' Answer was filed on March 27, 2018 (ECF 7). The Stipulated Discovery Plan and Scheduling Order was filed on May 9, 2018 (ECF 14). Since that time the parties have exchanged written discovery and defendants have ordered plaintiff's medical records.

An Amended Stipulated Discovery Plan and Scheduling Order was filed on August 29, 2018. (ECF 20). Since that time the parties have exchanged additional discovery and Defendants have provided their initial expert disclosure. Due to the upcoming mediation date the parties wish to extend the deadlines without incurring additional costs regarding experts.

On February 23, 2018, another case involving the same defendants was filed in Eighth Judicial District Court Clark County Nevada under case no.: A-18- 770110-C, *Ruben Robledo-Olvera,et.al. v. Thrond, et.al.* On June 18, 2018, defendants removed the *Robledo* matter to federal court. On July 13, 2018, Defendants' filed their Motion to Consolidate the two cases (ECF 9). The Court's ruling is still pending regarding the consolidation of the two cases.

The amended scheduling order for the *Roberts* matter was entered on August 29, 2018, (ECF 20). The current scheduling order deadlines are as follows:

| DATE | EVENT |
|---|---|
| 12/24/18 | Deadline to amend pleadings/add parties |
| 12/24/18 | Initial expert disclosure deadline |
| 12/24/18 | Interim Status Report due |
| 01/24/19 | Rebuttal expert disclosure deadline |
| 02/07/19 | Discovery deadline |
| 03/07/19 | Dispositive motion deadline |
| 04/07/19 | Joint Pretrial Order due |

The parties would like to participate in mediation with the *Robledo* matter and are requesting this ninety-day continuance to complete discovery in this matter so the parties can participate in a global mediation. The parties would like additional time to explore the possibility of settlement prior to incurring substantial costs on experts. A global mediation has been scheduled for February 21, 2019.

## II.  REQUEST TO AMEND THE SCHEDULING ORDER

Plaintiff and Defendants request that all of the current discovery deadlines in the amended scheduling order be continued by ninety-days to allow the parties additional time to work towards a global settlement with the *Robledo* matter. The requested continuance will change all of the current discovery dates. The second amended scheduling order is attached hereto as Exhibit "A" and includes the following dates.

| DATE | AMENDED SCHEDULING ORDER DEADLINES |
|---|---|
| Closed | Deadline to amend pleadings/add parties |
| 03/25/19 | Initial expert disclosure deadline |
| 03/25/19 | Interim Status Report due |
| 04/24/19 | Rebuttal expert disclosure deadline |
| 05/08/19 | Discovery deadline |
| 06/05/19 | Dispositive motion deadline |
| 07/08/19 | Joint Pretrial Order due |

/ / /

/ / /

/ / /

The parties are requesting this brief continuance so that the may enter into settlement negotiations and attend a global mediation that is scheduled for February 21, 2019 for both the *Roberts & Robledo* matters.

DATED: this ___ day of December, 2018.

GALLOWAY & JENSEN

*/s/ Graham Galloway, Esq.*
Graham Galloway, Esq. (Bar #221)
GALLOWAY & JENSEN
222 California Avenue
Reno, NV 89509
Attorneys for Plaintiff
HOLLY ROBERTS

DATED: this ___ day of December, 2018.

BROWN, BONN & FRIEDMAN, LLP

Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for Defendants
T.S. EXPRESS, INC.; and
DAVID THROND

## CERTIFICATE OF SERVICE

I certify that I am an employee of BROWN, BONN & FRIEDMAN, LLP, and that on December 27, 2018, I caused a true and correct copy of the foregoing document described as:

### STIPULATION TO AMEND SCHEDULING ORDER (SECOND REQUEST)

to be served on all parties as follows:

| ATTORNEY | PARTY |
|---|---|
| Graham Galloway, Esq.<br>GALLOWAY & JENSEN<br>222 California Avenue<br>Reno, NV 89509 | 775-333-7555<br>775-323-4993 Fax<br>Attorneys for PLAINTIFF<br>HOLLY ROBERTS |

☒ **VIA CM/ECF ELECTRONIC FILING NOTIFICATION** where specified on the service list maintained in the above referenced matter.

☐ **VIA U.S. MAIL** by placing a true copy thereof contained on a CD-ROM enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the attached service list in the United States mail at Las Vegas, Nevada.

☐ **VIA FACSIMILE:** by causing a true copy thereof to be telecopied to the number indicated on the attached service list.

☐ **VIA PERSONAL DELIVERY:** by causing a true copy hereof to be hand delivered on this date to the addressee(s) at the address(es) set forth on the attached service list.

Executed on December 27, 2018, at Las Vegas, Nevada.

_____
Adam Noyce
Employee of BROWN, BONN & FRIEDMAN, LLP

# EXHIBIT A

# EXHIBIT A

```
 1  Kevin A. Brown, Esq. (Bar #7621)
    Jill P. Northway, Esq. (Bar #9470)
 2  BROWN, BONN & FRIEDMAN, LLP
    5528 South Fort Apache Road
 3  Las Vegas, NV 89148
    (702) 942-3900
 4  (702) 942-3901 FAX
    kbrown@brownbonn.com
 5  jnorthway@brownbonn.com
 6
    Attorneys for Defendants
 7  TS EXPRESS, INC. and
    DAVID THROND
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY ROBERTS, an individual,<br>　　　　　Plaintiffs,<br>v.<br>DAVID THROND, an individual; T.S. EXPRESS, INC., a foreign corporation; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br>　　　　　Defendants. | CASE NO.: 2:18-cv-00519-GMN-GWF<br><br>**SECOND AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

　　　　The above-named parties, by and through their respective counsel of record, hereby submit their Second Amended Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1 for the Court's approval.

**1. Meeting.**

　　　　Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, a telephonic meeting was held on May 3, 2018, and was attended by: Jill P. Northway, Esq., counsel for the Defendants and Graham A. Galloway, Esq. counsel for Plaintiff.

**2. Initial Disclosures.**

　　　　The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **May 17, 2018**, which is 14-days after the Rule 26(f) conference.

### 3. Discovery Plan.

The parties jointly propose to the Court the following discovery plan:

**Subject of Discovery.** Discovery will be needed on all issues raised in Plaintiff's Complaint. Further, discovery will be needed on all of Defendants' affirmative defenses.

**Should discovery be phased, limited or focused:** Not at this time, but each party reserves the right to file a motion with the Court on this issue at any time.

**Disclosure of electronically-stored information ("ESI"):** All disclosures and/or production of documents will be served by the parties electronically and in .pdf format.

### 4. Discovery Cut-Off Date:

As required by LR26-1(b)(1) Defendants filed their Answer to Plaintiff's Complaint on March 27, 2018. Defendants' filed their Petition for Removal on March 21, 2018. (ECF No. 1) Pursuant to this Court's Order the Discovery Plan/Scheduling Order is due on or before May 11, 2018. (ECF No. 7) The number of days required for discovery is 180 days. Accordingly, Discovery is proposed to close on **May 8, 2019**.

### 5. Amending the Pleadings and Adding Parties.

The parties shall have until **November 9, 2018**, to amend the pleadings or add additional parties. This is ninety (90) days prior to the close of discovery.

### 6. Fed. R. Civ. P. 26(b)(3) Disclosure (Experts).

Disclosures identifying experts shall be made by **March 25, 2019**. This is sixty-days prior to the discovery cut off. Disclosures identifying rebuttal experts shall be made by **April 24, 2019**. This is thirty-days after the initial disclosure of experts.

### 7. Dispositive Motions.

The parties shall have up until **June 5, 2019**, to file dispositive motions. This is thirty-days after the close of discovery.

### 8. Pretrial Order.

The Joint Pretrial Order shall be filed no later than **July 8, 2019**. This is thirty-days after the date set for filing of dispositive motions. In the event that dispositive motion are filed, the

date for filing the Joint Pretrial Order shall be suspended until thirty-days after decision on the dispositive motion or by further order of the Court.

### 9. Stipulations Regarding Limitations or Conditions or Additional Discovery.

The parties will proceed to engage in and supplement all discovery as permitted under the Federal Rules of Civil Procedure and Local Court Rules of the District of Nevada, including, but not limited to depositions, written discovery and expert disclosures.

### 10. Interim Status Report.

On or before **March 25, 2019**, the parties shall file an Interim Status Report, as required by LR-26-3, stating the time estimated for trial, three alternative available dates for trial and whether or not trial will be proceeding or affected by substantive motions.

### 11. Later Appearing Parties.

A copy of this discovery plan and scheduling order shall be served on any person after it is entered, or, if additional Defendants shall appear, within five (5) days of their first appearance. The discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

### 12. Extension or Modification of the Discovery Plan and Scheduling Order.

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court twenty-days (20) before the date fixed for completion of discovery, or within twenty-days (20) days before the expiration of any extension thereof that may have been approved by the Court.

### 13. Alternative Dispute Resolution/Mediation.

The parties hereby reserve the right use alternative dispute resolution (ADR) processes and will advise the Court accordingly if the matter resolves via ADR.

/ / /

/ / /

/ / /

**14. Alternative Forms of Case Disposition.**

The undersigned parties certify that they have considered but have not consented to trial by a magistrate judge under 28 U.S.C. §63(c) and Fed. R. Civ. P. 73.

DATED: December 2, 2018.　　　　　　　　　　DATED: December 2, 2018.

GALLOWAY & JENSEN　　　　　　　　　　　　BROWN, BONN & FRIEDMAN, LLP

/s/ Graham Galloway, Esq.
Graham Galloway, Esq. (Bar #221)　　　　　　Kevin A. Brown, Esq. (Bar #7621)
GALLOWAY & JENSEN　　　　　　　　　　　　Jill P. Northway, Esq. (Bar #9470)
222 California Avenue　　　　　　　　　　　　BROWN, BONN & FRIEDMAN, LLP
Reno, NV 89509　　　　　　　　　　　　　　　5528 South Fort Apache Road
Attorneys for Plaintiff　　　　　　　　　　　　Las Vegas, NV 89148
HOLLY ROBERTS　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　T.S. EXPRESS, INC.; and
　　　　　　　　　　　　　　　　　　　　　　DAVID THROND

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/28/2018

_____
UNITED STATES MAGISTRATE JUDGE